IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NATHAN D. ROGERS,　　　　　　　　　　　　No. 3:16-cv-02073-YY

　　　　Plaintiff,　　　　　　　　　　　　　　　　ORDER

　　　　v.

COMMISSIONER SOCIAL SECURITY
ADMINISTRATION,

　　　　Defendant.


HERNÁNDEZ, District Judge:

　　　　Magistrate Judge Youlee Yim You issued a Findings and Recommendation [20] on November 28, 2017, in which she recommends that the Court dismiss this case for failure to prosecute.

　　　　Because neither party timely filed an objection to the Magistrate Judge's Findings and Recommendation, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v.*

1 – ORDER

*Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge You's Findings & Recommendation [20]. Accordingly, this case is dismissed for failure to prosecute.

IT IS SO ORDERED.

DATED this 15 day of Dec, 2017.

*Marco Hernández*
MARCO A. HERNÁNDEZ
United States District Judge